FILED
CLERK, U.S. DISTRICT COURT
8/12/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KARLI ELIZABETH KUHNS,<br><br>　　　　Defendant. | No. 8:20-cr-00107-JLS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 3, 2020, in Orange County, within the Central District of California, defendant KARLI ELIZABETH KUHNS knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 4, 2020, in Orange County, within the Central District of California, defendant KARLI ELIZABETH KUHNS knowingly and intentionally distributed at least fifty grams, that is, approximately 54.79 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 4, 2020, in Orange County, within the Central District of California, defendant KARLI ELIZABETH KUHNS knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 17, 2020, in Orange County, within the Central District of California, defendant KARLI ELIZABETH KUHNS knowingly and intentionally distributed at least fifty grams, that is, approximately 112 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 17, 2020, in Orange County, within the Central District of California, defendant KARLI ELIZABETH KUHNS knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office